**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1527**

---

WILLIE H. MITCHELL, JR.,

Plaintiff - Appellant,

versus

GMAC; INTEGON INSURANCE COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Louise W. Flanagan, District Judge. (CA-03-56-2-FL)

---

Submitted: September 16, 2004      Decided: September 21, 2004

---

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie H. Mitchell, Jr., Appellant Pro Se.  Donald Carpenter Prentiss, HORHNTAL, RILEY, ELLIS & MALAND, Elizabeth City, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie H. Mitchell, Jr. appeals the district court's order dismissing his complaint against GMAC and Integon Insurance Company for lack of jurisdiction and failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mitchell v. GMAC, No. CA-03-56-2-FL (E.D.N.C. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED